Joshua Scott
2757 N.E. Linden Ave
Gresham Oregon [97030]

FILED 13 MAY '11 13:23 USDC-ORP
RECVD 13 MAY '11 11:22 USDC-ORP

Dear Clerk,

Please file this 19 page pile marked "Refuse for Cause" into Artical III case jacket CV 10 556 HU. My Signature below expresses that I have kept a copy of these "Refuse for Cause" pages, and the original red ink "Refuse for Cause" has been sent back to the presenter in a timely fashion.

The property at 2757 N.E. Linden Ave. in Gresham Oregon is my home and I intend to keep it upon judgement in my favor res judicata, which has already been enunciated on Aug. 30, 2010 where a published judgement was enclosed.

I will enclose another copy of the Default Judgement, along with a copy of the clerk instruction sent on Aug. 30, 2010 to remind RECONTRUST COMPANY (again) that injunctive relief was sought and awarded to me, joshua scott, the flesh and blood man on the land whose trust abides in the everliving God known as Jesus Christ; This Trust abides in him alone.

Joshua Scott
Joshua Scott signed

[certifed mail #]
to; District court: 7009 3410 001 3639 0482

To: ReconTrust: 7009 3410 0001 3639 0475

FILED13 MAY '11 13:20USDC-ORP

10-CV-556-HU

TS NO: 10-0005927    OR
JOSHUA SCOTT
2757 NE LINDEN AVE
GRESHAM, OR   97030

Refuse for Cause

Form insert (01/10)